**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed May 11, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00839-CV

### HILDA GARCIA-MURILLO, Appellant

### V.

### VICTOR MANUEL MURILLO JUNIOR, Appellee

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-76743**

## MEMORANDUM OPINION

This is an appeal from a final decree of divorce signed October 21, 2022. On May 5, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson.